# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3192
_____

ARTHUR B. PELLOM, JR.,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

May 17, 2019


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur B. Pellom, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.